# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### JUDGMENT RENDERED JULY 5, 2018

---

### NO. 03-17-00285-CV

---

**Rickye Henderson, Appellant**

**v.**

**David Buttross, Appellee**

---

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND GOODWIN
AFFIRMED IN PART, REVERSED AND REMANDED IN PART—
OPINION BY JUSTICE PEMBERTON**

---

This is an appeal from the order signed by the district court on April 7, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court affirms the order in part, reverses the order in part, and remands the case to the district court for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.